MIDDLESEX CONCRETE PRODUCTS AND EXCAVATING CORPORATION, PLAINTIFF-PETITIONER, v. CITY OF RAHWAY, DEFENDANT-RESPONDENT.

*Messrs. Koestler & Koestler* for the petitioner.

*Messrs. McGlynn, Stein & McGlynn* for the respondent.

October 7, 1957. Denied.

LOUIS MAZZILLI, PLAINTIFF-PETITIONER, v. ACCIDENT AND CASUALTY INSURANCE COMPANY, DEFENDANT-RESPONDENT.

See same case below: 45 *N. J. Super.* 137.

*Mr. Robert C. Gruhin* for the petitioner.

*Messrs. Carpenter, Bennett, Beggans & Morrissey* for the respondent.

October 7, 1957. Granted.